**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GRANT TURNER, MARIE LENNON, SHAWN POWERS, MATTHEW WALSH, and HOANG OANH TRAN, | |
| *Plaintiffs,* | **Case No. 20-cv-2885** |
| v. | |
| U.S. AGENCY FOR GLOBAL MEDIA, MICHAEL PACK, SAMUEL E. DEWEY, DIANE CULLO, EMILY NEWMAN, MORVARED NAMDARKHAN (A/K/A MORA NAMDAR), and FRANK WUCO, | |
| *Defendants.* | |

**JOINT NOTICE IN RESPONSE TO**
**COURT'S MINUTE ORDER DATED OCTOBER 14, 2020**

Pursuant to the Court's October 14, 2020 Order, the parties have met and conferred and jointly submit the following proposed schedule for briefing and a hearing on plaintiffs' pending Motion for Preliminary Injunction:

- Defendants' Brief In Opposition to Plaintiffs' Motion for a Preliminary Injunction shall be filed on or before October 26, 2020.

- Plaintiffs' Reply In Support of Its Motion for a Preliminary Injunction shall be filed on or before October 30, 2020.

The parties jointly request that a hearing be scheduled before this Court on November 5, 2020 at a time of the Court's convenience and that any hearing in this matter be held virtually, either by video or teleconference.

1

Dated:  October 16, 2020               GIBSON, DUNN & CRUTCHER LLP

*/s/* Theodore J. Boutrous, Jr.
Theodore J. Boutrous, Jr. (D.C. Bar No. 420440)
333 South Grand Avenue
Los Angeles, California 90071
(213) 229-7000
tboutrous@gibsondunn.com

Mylan L. Denerstein (admission pro hac vice)
Zainab Ahmad (admission pro hac vice)
Lee R. Crain (D.D.C. Bar No. NY0337)
Alexandra Grossbaum (admission pro hac vice)
Lauren Kole (admission pro hac vice)
200 Park Avenue
New York, New York 10166-0193
Tel:  212.351.4000
MDenerstein@gibsondunn.com
Zahmad@gibsondunn.com
LCrain@gibsondunn.com
AGrossbaum@gibsondunn.com
LKole@gibsondunn.com

Joshua S. Lipshutz (D.C. Bar No. 1033391)
1050 Connecticut Avenue, N.W. Washington, DC 20036-5306
(202) 955-8500
JLipshutz@gibsondunn.com

*Counsel for Plaintiffs*

Dated: October 16, 2020               Respectfully submitted,

JEFFREY B. CLARK
Acting Assistant Attorney General

CHRISTOPHER HALL
  Assistant Branch Director
  Federal Programs Branch

/s/ *Michael F. Knapp*
MICHAEL F. KNAPP (Cal. Bar No. 314104)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005

Phone: (202) 514-2071
Fax: (202) 616-8470
Email: michael.f.knapp@usdoj.gov

*Counsel for Defendants*