AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| GRANT TURNER, et al. | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 20-cv-2885-BAH |
| U.S. AGENCY FOR GLOBAL MEDIA, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Reporters Committee for Freedom of the Press and 16 media organizations identified in Exhibit 1.

Date: 10/23/2020

/s/ Bruce D. Brown
*Attorney's signature*

Bruce D. Brown (D.C. Bar No. 457317)
*Printed name and bar number*

Reporters Committee for Freedom of the Press
1156 15th Street NW, Suite 1020
Washington, D.C. 20005
*Address*

bbrown@rcfp.org
*E-mail address*

(202) 795-9301
*Telephone number*

(202) 795-9310
*FAX number*

# EXHIBIT 1

Committee to Protect Journalists

Free Press

Freedom of the Press Foundation

The Media Institute

MPA – The Association of Magazine Media

National Press Club Journalism Institute

National Press Club

National Press Photographers Association

News Leaders Association

Online News Association

PEN America

Radio Television Digital News Association

Reporters Without Borders USA

Society of Environmental Journalists

Society of Professional Journalists

Tully Center for Free Speech