IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GRANT TURNER, *et al.*, )<br>)<br>*Plaintiffs*, )<br>)<br>v. )<br>)<br>U.S. AGENCY FOR GLOBAL MEDIA<br>MEDIA, *et al.*, )<br>)<br>*Defendants*. )<br>) | Case No. 1:20-cv-02885-BAH |

**DECLARATION OF MICHAEL FRASER KNAPP IN SUPPORT OF
DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION**

I, Michael Fraser Knapp, make the following Declaration pursuant to 28 U.S.C. § 1746, and state that under penalty of perjury that the following is true and correct to the best of my knowledge and belief:

1. I am a Trial Attorney at the United States Department of Justice and counsel of record for Defendants in this action. I submit this declaration in support of Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction.

2. Attached to this declaration as Exhibit 1 is a true and correct copy of the U.S. Agency for Global Media's Final Rule rescinding the June 15, 2020 *Firewall and Highest Standards of Professional Journalism* rule. This Final Rule has an effective date of October 26, 2020, and has been transmitted for publication in the Federal Register.

Executed on this 26th day of October, 2020.

                                                                                                                                            */s/ Michael F. Knapp*_____
                                                                                                                                            MICHAEL F. KNAPP