UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GRANT TURNER, *et al.*,<br><br>          Plaintiffs,<br><br>    v.<br><br>U.S. AGENCY FOR GLOBAL MEDIA, *et al.*,<br><br>          Defendants. | Civil Action No. 20-2885 (BAH)<br><br>Chief Judge Beryl A. Howell |

## ORDER

Upon consideration of plaintiffs' pending Motion for a Preliminary Injunction, ECF No. 12; the memoranda in support and opposition, and the exhibits thereto; the arguments presented at the hearing held on November 5, 2020; and the full record herein, it is hereby:

**ORDERED** that plaintiffs' Motion for a Preliminary Injunction is GRANTED IN PART AND DENIED IN PART; and it is further

**ORDERED** that defendants shall be PRELIMINARILY ENJOINED from making or interfering with personnel decisions with respect to individual editorial or journalistic employees at Voice of America, Radio Free Europe/Radio Liberty, Radio Free Asia, the Office of Cuba Broadcasting, and the Middle East Broadcasting Networks; and it is further

**ORDERED** that defendants shall be PRELIMINARILY ENJOINED from directly communicating with editors and journalists, aside from the appointed Presidents and Directors of Voice of America, Radio Free Europe/Radio Liberty, Radio Free Asia, the Office of Cuba Broadcasting, and the Middle East Broadcasting Networks, regarding journalistic or editorial matters without the consent of the President or Director of the network at which the particular editor or journalist is employed; and it is further

**ORDERED** that defendants shall be PRELIMINARILY ENJOINED from conducting any and all investigations into journalistic content, individual editors or journalists, or alleged editorial lapses or breaches of journalistic ethics at Voice of America, Radio Free Europe/Radio Liberty, Radio Free Asia, the Office of Cuba Broadcasting, and the Middle East Broadcasting Networks, except as provided in the *USAGM Procedures for Violations of the Principles, Standards, or Journalistic Code of Ethics*, ECF No. 12-23.

Date: November 20, 2020

_____
BERYL A. HOWELL
Chief Judge