## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                                )
GRANT TURNER, *et al.*,                         )
                                                )
    *Plaintiffs*,           )
                                                )
v.                                              )  Case No. 1:20-cv-02885-BAH
                                                )
U.S. AGENCY FOR GLOBAL MEDIA                    )
MEDIA, *et al.*,                                )
                                                )
    *Defendants*.           )
_____)


### JOINT MOTION TO STAY PROCEEDINGS PENDING APPEAL

Plaintiffs initiated this case by filing a Complaint on October 8, 2020 (ECF No. 1), which was served on October 16, 2020 (ECF No. 19), and a motion for a preliminary injunction on October 13, 2020 (ECF. No. 12).  Plaintiffs filed an Amended Complaint on November 4, 2020. ECF No. 36.  Defendants appeared and opposed Plaintiffs' motion for a preliminary injunction. *See* ECF Nos. 15, 27, 28, 42.  On November 20, 2020, the Court granted in part and denied in part Plaintiffs' motion for a preliminary injunction.  ECF No. 44 ("Order").  Defendants have not answered or otherwise responded to the Amended Complaint.  Defendants timely noticed an appeal from the Order on December 17, 2020.  *See* ECF No. 46.  The Parties respectfully move to stay further proceedings in this Court pending resolution of the appeal by the Court of Appeals for the District of Columbia Circuit or, if further review is sought, the United States Supreme Court.

"There is no question of the District Court's authority to order a stay." *Bledsoe v. Crowley*, 849 F.2d 639, 645 (D.C. Cir. 1988).  That authority is "incidental to the power inherent

1

in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. North American Co.*, 299 U.S. 248, 254 (1936).  Staying proceedings in this Court during the pendency of the appeal will promote judicial economy and eliminate potentially unnecessary and expensive parallel proceedings in this Court.

Among the issues the D.C. Circuit will be called to decide on appeal are (1) whether the Civil Service Reform Act precludes Plaintiffs' constitutional claims absent administrative exhaustion, and (2) whether (and, if so, how) the First Amendment protects federal employees' official speech in this context.  The D.C. Circuit's disposition of these issues may have a significant impact on the ultimate resolution of this case.

Defendants do not intend to seek a stay of the injunction pending appeal.  Staying proceedings therefore will preserve the status quo because the Court's preliminary injunction will remain in place during the appeal.[1]

---

[1] A stay of proceedings will not preclude Plaintiffs or Defendants from moving the Court to enforce or to clarify the Order should the need arise.  For the avoidance of doubt, Plaintiffs maintain that Defendants' deadline to answer or move to dismiss has expired and reserve the right to seek a default judgment upon the termination of any stay in this matter.  Defendants reserve the right to oppose such an application.

Dated: December 21, 2020

Respectfully submitted,

By:  _/s/ Theodore J. Boutrous, Jr._
Theodore J. Boutrous, Jr. (D.C. Bar No. 420440)
333 South Grand Avenue
Los Angeles, California 90071
(213) 229-7000
tboutrous@gibsondunn.com

Mylan L. Denerstein (admitted *pro hac vice*)
Zainab Ahmad (D.D.C. Bar No. NY0345)
Lee R. Crain (D.D.C. Bar No. NY0337)
Alexandra Grossbaum (admitted *pro hac vice*)
Lauren M. Kole (admitted *pro hac vice)*
200 Park Avenue
New York, New York 10166-0193
Tel:  212.351.4000
MDenerstein@gibsondunn.com
Zahmad@gibsondunn.com
LCrain@gibsondunn.com
AGrossbaum@gibsondunn.com
LKole@gibsondunn.com

Joshua S. Lipshutz (D.C. Bar No. 1033391)
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
(202) 955-8500
JLipshutz@gibsondunn.com

*Counsel for Plaintiffs*

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

CHRISTOPHER R. HALL
Assistant Branch Director
Federal Programs Branch

/s/ *Michael F. Knapp*
MICHAEL F. KNAPP (Cal. Bar No. 314104)
CHRISTOPHER M. LYNCH
    (D.C. Bar No. 1049152)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 514-2071
Fax: (202) 616-8470
Email: michael.f.knapp@usdoj.gov

*Counsel for Defendants*

3