# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GRANT TURNER, *et al.*,  )<br>  )<br>    *Plaintiffs*,  )<br>  )<br>v.  )<br>  )<br>U.S. AGENCY FOR GLOBAL MEDIA  )<br>MEDIA, *et al.*,  )<br>  )<br>    *Defendants*.  )<br>  ) | Case No. 1:20-cv-02885-BAH |

## D.C. CIRCUIT RULE 47.2(a) NOTICE

Defendants respectfully submit the attached letter pursuant to D.C. Circuit Rule 47.2(a).

Dated: December 29, 2020

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

CHRISTOPHER R. HALL
Assistant Branch Director
Federal Programs Branch

/s/ *Michael F. Knapp*
MICHAEL F. KNAPP (Cal. Bar No. 314104)
CHRISTOPHER M. LYNCH
   (D.C. Bar No. 1049152)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 514-2071
Fax: (202) 616-8470
Email: michael.f.knapp@usdoj.gov

*Counsel for Defendants*