

**U.S. Department of Justice**

Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530

Tel.: (202) 514-2071

December 29, 2020

Ms. Angela D. Caesar
Clerk, United States District Court
   for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
   and William B. Bryant Annex
333 Constitution Avenue, NW
Washington, DC 20001
**VIA CM/ECF**

     Re:    *Turner et al. v. U.S. Agency for Global Media, et al.*, No. 20-cv-2885

Dear Ms. Caesar,

     This letter is filed pursuant to D.C. Circuit Rule 47.2(a) to advise the clerk of this Court that on December 17, 2020, the government filed a notice of appeal in the above-captioned matter, in which the district court entered a preliminary injunction against the defendants. The Government does not intend to file a motion for expedited consideration of this appeal. Pursuant to Rule 47.2(a), the Government has similarly alerted the Court of Appeals by separate letter.

     Respectfully submitted,

     /s/ *Michael F. Knapp*
     MICHAEL F. KNAPP (Cal. Bar No. 314104)
     CHRISTOPHER M. LYNCH
        (D.C. Bar No. 1049152)
     Trial Attorneys
     United States Department of Justice
     Civil Division, Federal Programs Branch
     1100 L Street NW
     Washington, DC 20005
     Phone: (202) 514-2071