IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GRANT TURNER, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. AGENCY FOR GLOBAL MEDIA, et al.,<br><br>*Defendants*. | Case No. 20-cv-2885 |

## PLAINTIFF KELU CHAO'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Kelu Chao, by and through her undersigned counsel, hereby gives notice of the voluntary dismissal of this action without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. The remaining Plaintiffs will continue to pursue the claims set forth in the Amended Complaint, ECF No. 36.

Respectfully submitted,

Dated: January 20, 2021

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Theodore J. Boutrous, Jr.*
Theodore J. Boutrous, Jr. (D.C. Bar No. 420440)
333 South Grand Avenue
Los Angeles, California 90071
(213) 229-7000
tboutrous@gibsondunn.com

Mylan L. Denerstein (admitted *pro hac vice*)
Zainab Ahmad (D.D.C. Bar No. NY0345)
Lee R. Crain (D.D.C. Bar No. NY0337)
Alexandra Grossbaum (admitted *pro hac vice*)
Lauren M. Kole (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166-0193
Tel: 212.351.4000
MDenerstein@gibsondunn.com

1

Zahmad@gibsondunn.com
LCrain@gibsondunn.com
AGrossbaum@gibsondunn.com
LKole@gibsondunn.com

Joshua S. Lipshutz (D.C. Bar No. 1033391)
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
(202) 955-8500
JLipshutz@gibsondunn.com

*Counsel for Plaintiffs*

2