IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GRANT TURNER, et al.,<br><br>                           *Plaintiffs*,<br><br>v.<br><br>U.S. AGENCY FOR GLOBAL MEDIA, et al.,[1]<br><br>                           *Defendants.* | **Case No. 20-cv-2885** |

**JOINT MOTION TO LIFT STAY OF PROCEEDINGS AND
TO DISSOLVE THE COURT'S PRELIMINARY INJUNCTION**

On November 20, 2020, the Court granted in part and denied in part Plaintiffs' motion for a preliminary injunction, finding that at least one Plaintiff was likely to succeed on her claim that Defendants had violated her and other journalists' First Amendment Rights. Defendants noticed an appeal from that order on December 17, 2020, and the court granted the parties' joint motion to stay proceedings pending appeal on December 21, 2020.

Following the inauguration of Joseph R. Biden, Jr., as President of the United States, the named defendants in this action left their respective offices. The lead defendant U.S. Agency for Global Media ("USAGM") is therefore under new management.

The parties now hereby stipulate and agree that: (a) Plaintiffs will join Defendants in the instant motion to dissolve the Court's preliminary injunction; (b) if and when the preliminary injunction is dissolved, Defendants will move to voluntarily dismiss their appeal currently

---

[1] The originally named official-defendants have left their previous positions and are no longer defendants in this action. Kelu Chao, Acting CEO of USAGM, is automatically substituted for Michael Pack as a defendant by operation of Federal Rule of Civil Procedure 25(d). The positions held by the other named defendants have not been filled; if those positions are filled the new office holders will be automatically substituted as defendants.

pending in the U.S. Court of Appeals for the District of Columbia Circuit; and (c) if and when the U.S. Court of Appeals for the District of Columbia Circuit dismisses Defendants' appeal, Plaintiffs will withdraw their claims in full and without prejudice pursuant to Federal Rule of Civil Procedure 41.

The parties therefore jointly request that this Court lift the stay of proceedings entered December 21, 2020, and enter an order dissolving the preliminary injunction entered in this action.

| | |
|---|---|
| Dated:    May 7, 2021 | Respectfully submitted, |
| GIBSON, DUNN & CRUTCHER LLP | BRIAN M. BOYNTON<br>Acting Assistant Attorney General |
| /s Theodore J. Boutrous, Jr.<br>Theodore J. Boutrous, Jr. (D.C. Bar No. 420440)<br>333 South Grand Avenue<br>Los Angeles, California 90071<br>(213) 229-7000<br>tboutrous@gibsondunn.com | CHRISTOPHER HALL<br>Assistant Branch Director<br>Federal Programs Branch |
| Mylan L. Denerstein (admitted *pro hac vice*)<br>Zainab Ahmad (D.D.C. Bar No. NY0345)<br>Lee R. Crain (D.D.C. Bar No. NY0337)<br>Lauren Kole (admitted *pro hac vice*)<br>200 Park Avenue<br>New York, New York 10166-0193<br>Tel: 212.351.4000<br>MDenerstein@gibsondunn.com<br>Zahmad@gibsondunn.com<br>LCrain@gibsondunn.com<br>LKole@gibsondunn.com | /s/ Michael F. Knapp<br>MICHAEL F. KNAPP (Cal. Bar No. 314104)<br>CHRISTOPHER M. LYNCH<br> (D.C. Bar No. 1049152)<br>Trial Attorneys<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street NW<br>Washington, DC 20005<br>Phone: (202) 514-2071<br>Fax: (202) 616-8470<br>Email: michael.f.knapp@usdoj.gov<br><br>*Counsel for Defendants* |
| Joshua S. Lipshutz (D.C. Bar No. 1033391)<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>(202) 955-8500<br>JLipshutz@gibsondunn.com | |
| *Counsel for Plaintiffs* | |