IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GRANT TURNER, et al.,<br><br>　　　　　*Plaintiffs*,<br><br>v.<br><br>U.S. AGENCY FOR GLOBAL MEDIA, et al.,<br><br>　　　　　*Defendants*. | Case No. 20-cv-2885 |

### PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL ENTRY OF DISMISSAL

Plaintiffs Grant Turner, Marie Lennon, Shawn Powers, Matthew Walsh, and Hoang Oanh Tran, by and through their undersigned counsel, hereby give notice of the voluntary dismissal of this action without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated:　May 17, 2021

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

/s/ *Theodore J. Boutrous, Jr.*
Theodore J. Boutrous, Jr. (D.C. Bar No. 420440)
333 South Grand Avenue
Los Angeles, California 90071
(213) 229-7000
tboutrous@gibsondunn.com

Mylan L. Denerstein (admitted *pro hac vice*)
Zainab Ahmad (D.D.C. Bar No. NY0345)
Lee R. Crain (D.D.C. Bar No. NY0337)
Lauren Kole (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166-0193
Tel: 212.351.4000
MDenerstein@gibsondunn.com
Zahmad@gibsondunn.com
LCrain@gibsondunn.com
LKole@gibsondunn.com

Joshua S. Lipshutz (D.C. Bar No. 1033391)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
(202) 955-8500
JLipshutz@gibsondunn.com

*Counsel for Plaintiffs*